AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Linda Kathleen Croft<br>United State Citizen<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   22-3322 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about September 21, 2022, in Pinal County, in the District of Arizona, Linda Kathleen Croft, knowing and in reckless disregard of the fact that certain aliens, namely: Jesus Alejandro Terrones-Baron, and Adan Flores-Martinez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

This criminal complaint is based on these facts:

      See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

| | |
|---|---|
| | ALEXANDER O HUYETT    Digitally signed by ALEXANDER O HUYETT<br>Date: 2022.09.29 15:04:43 -07'00' |
| Reviewed by AUSA Stuart J. Zander *S.Z.*<br>for AUSA Lisa Jennis | *Complainant's signature*<br><br>Alexander O. Huyett, Border Patrol Agent<br><br>*Printed name and title* |

Sworn to telephonically.

Date: 9-29-22

    M Morrissey

*Judge's signature*

City and state:   Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Alexander O. Huyett, being duly sworn, declare and state as follows:

1. Your affiant is a Border Patrol Agent ("BPA") with United States Border Patrol, United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecution Unit. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other Border Patrol agents and law enforcement personnel involved.

2. On September 28, 2022, Pinal County Sherriff Office (PCSO) Deputy Castro (Castro) initiated a traffic stop on a white 2014 White Chevrolet Impala (Impala) at or near mile post 219 on Interstate 10 ("I-10"). Deputy Castro observed the Impala cross over the solid white line, a violation of ARS 28-729.1, for failure to maintain lane.

3. Deputy Castro Identified the driver of the Impala as Linda Kathleen Croft (CROFT), and ultimately issued CROFT a written warning for violation of ARS 28-729.1. During the traffic stop, Deputy Castro observed three other individuals inside the vehicle. The front seat passenger was identified as Daniel Edward Cameron (Cameron). Deputy Castro attempted to talk to the rear seat passengers in English, but was unsuccessful. Deputy Castro then approached CROFT and CROFT admitted the passengers were illegally in the United States.

4. Based on the statements by CROFT, Deputy Castro, based on his training and experience he believed CROFT was involved in human smuggling and contacted the United States Border Patrol for further investigation.

5. At approximately 3:00pm a United States Border Patrol Agent (BPA) arrived on scene with Deputy Castro and performed an immigration inspection on all occupants of the vehicle. The BPA determined that CROFT and Cameron are United States Citizens. The BPA determined the two other individuals are citizens of Mexico with no legal immigration status to be legally present in the United States. The occupants of the Impala were taken to the Border Patrol Station for further investigation.

6. At the Casa Grande Border Patrol Station, all the subjects had their fingerprints submitted for electronic fingerprint comparison. BPAs confirmed that CROFT and Cameron are United States Citizens. BPAs identified the Mexican citizens as Jesus Alejandro Terrones-Barron and Adan Flores-Martinez. Record checks concluded that none of the two aliens had any type of visa or other permissions that would allow them to enter, remain, or reside in the United States.

7. CROFT was read her *Miranda* rights and agreed to make a statement without an attorney present. CROFT told BPAs that this was her first time transporting illegal aliens. Later in the interview, CROFT admitted that she had attempted to transport illegal aliens on four other attempts that supposedly did not work out. CROFT said she borrowed a friend's car and drove to Rio Rico, Arizona, to a designated location, that was sent to her via WhatsApp. CROFT said after she arrived at the location, she got out of the car and yelled, "Andale, Andale", a phrase she was instructed to shout. CROFT said the aliens came out of hiding and got into the car. At first, CROFT said she was supposed to go to an apartment complex in Tucson to drop off the aliens but late agreed to transport them to Phoenix, Arizona. CROFT told BPAs she was expecting to receive three hundred dollars per person after dropping off the individuals in Phoenix. During the interview, CROFT admitted she knew she was committing a crime, she knew that the aliens were illegal in the United States, and she would be receiving money for transporting the individuals.

8. BPAs conducted an interview with Adan Flores-Martinez (Flores), one of the individuals being smuggled in the Impala. Flores stated that he is a citizen and national of Mexico and that he is illegally present in the United States. Flores stated that he made his smuggling arrangements through his family. Flores told agents that his smuggling arrangements consisted of a smuggling fee of $150,000 Mexican pesos. Flores stated that all the fees included, crossing the border illegally, walking through the desert and getting in a load vehicle to be taken to Phoenix, Arizona. Flores stated that his destination in the U.S. was Baltimore. Flores stated that he crossed illegally into the United States on Tuesday September 28, 2022, in the morning with one other person. He walked through

the desert and was guided remotely via cell phone to a church. He received a text informing him that a red vehicle was going to arrive to pick up him and the other alien. The red car drove them for about 15 to 20 minutes to another location where they were dropped off. At this location, they were picked up in a white car driven by a female. Flores was shown a photo graphic line up of six individuals, one of whom was CROFT the driver of the Impala. FLORES was able to identify CROFT, as the driver of the vechile he was in when they were stopped by law enforcement.

9. BPAs conducted an interview with Jesus Terrones-Barron (Terrones), one of the individuals being smuggled in the Impala. Terrones stated that he is a citizen and national of Mexico and that he is illegally present in the United States. Terrones stated that he made his smuggling arrangements through his family. Terrones told BPAs that his smuggling arrangements consisted of a smuggling fee of $9,500 USD for him to cross the International Boundary Fence (IBF) through Nogales, Sonora, Mexico. Terrones stated that all the fees included, crossing the border illegally, walking through the desert and getting in a load vehicle to be taken to Phoenix, Arizona. Terrones stated that his destination in the U.S. was North Carolina. Terrones stated that he crossed the IBF on Tuesday September 28, 2022, in the morning with one other person. Terrones told BPAs that he walked through the desert after crossing the border and that he arrived at a church in a town that was only 15-minute walk from the border. Terrones stated he was guided remotely via cell phone. Terrones stated a vehicle arrived and that he knew it was for them. Terrones said the first car drove him for approximately 15 to 20 minutes to another location where he was dropped off. Terrones stated that he and the other alien stayed overnight in the desert until another vehicle was arraigned to pick them up. Terrones stated they were picked up by a lady in a white car. Terrones stated the lady said, "come on, come on" and waved them to the car. Terrones was shown a photographic line up of 6 photos, one of which was CROFT. Terrones was not able to identify CROFT.

10. Jesus Alejandro Terrones-Barron and Adan Flores-Martinez are being held as material witnesses.

11. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Linda Kathleen Croft, knowing or in reckless disregard of the fact that certain aliens, namely: Jesus Alejandro Terrones-Barron and Adan Flores-Martinez, had come to, entered, or remained in the United States in violation of law, did knowingly transport or move said alien within the United States by means of transportation or otherwise, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

12. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

ALEXANDER O HUYETT   Digitally signed by ALEXANDER O HUYETT
Date: 2022.09.29 15:05:24 -07'00'

Alexander O. Huyett
Border Patrol Agent
United States Border Patrol

Telephonically sworn to and subscribed this ___29___ day of ___Sept.___, 2022.

M Morrissey

HONORABLE Michael T. Morrissey
United States Magistrate Judge